**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| COREY CROCKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-cv-00746 |
| | ) | Judge Trauger |
| CORE CIVIC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

On February 16, 2018, the magistrate judge issued a Report and Recommendation (Docket No. 13), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Rule 4(m) and Rule 41(b) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 8th day of March 2018.

_____
ALETA A. TRAUGER
U.S. District Judge